```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA ex rel. JOHN                       :
DOE and THE STATE OF NEW YORK ex rel.                       :
JOHN DOE,                                                   :
                                    Plaintiffs,             :    11 Civ. 04269 (LGS)
                                                            :
                 -against-                                  :    ORDER
                                                            :
SENTOSACARE, LLC, and SPLIT ROCK                            :
REHABILITATION AND HEALTH CARE                              :
CENTER, LLC,                                                :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/13

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is in receipt of notices from the United States of America and the State of New York informing the Court of their respective decisions to decline to intervene in this action ("Notices"). The Notices are appended to this Order.

It is hereby **ORDERED** that as of the date of this Order, the Complaint shall be unsealed, and service upon Defendants by Relator is authorized.

It is further **ORDERED** that except for the Complaint, this Order and the Notices appended hereto, all other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants. Relator will serve upon Defendants this Order and the Notices only after service of the Complaint. The seal shall not apply to any matters occurring in this action after the date of this Order.

It is further **ORDERED** that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda and materials, upon the United States of America and the State of New York, as provided for in 31 U.S.C. § 3730(c)(3) and N.Y. State Fin. Law §

190(2)(f) respectively.  Pursuant to 31 U.S.C. § 3730(c)(3), the United States of America may seek to intervene with respect to the allegations in the Complaint for good cause at any time.

It is further **ORDERED** that all orders of this Court in this action shall be sent to the United States of America and the State of New York by Relator.

It is further **ORDERED** that should Relator or Defendants propose that the Complaint or any of its allegations be dismissed, settled or otherwise discontinued, or that any Defendants be dismissed from the case, the parties must solicit the written consent of the United States of America and the State of New York before applying for Court approval.

SO ORDERED.

Dated: November 12, 2013
New York, New York

_____
Hon. Lorna G. Schofield
United States District Judge

ERIC T. SCHNEIDERMAN
Attorney General of the
State of New York
By: Christopher Y. Miller
Special Assistant Attorney General
120 Broadway, 12th Floor
New York, New York 10271
Telephone: (212) 417-5390
Facsimile:  (212) 417-4604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA *ex rel.*    )
JOHN DOE and THE STATE OF              )    Case No. 11-CIV-4269 (LGS)
NEW YORK *ex rel.* JOHN DOE,           )
                                       )
          Plaintiffs,                  )    **FILED UNDER SEAL**
                                       )
      -against -                       )
                                       )
SENTOSACARE, LLC and SPLIT ROCK        )
REHABILITATION AND HEALTH CARE         )
CENTER, LLC,                           )
                                       )
          Defendants.                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF THE STATE OF NEW YORK'S
ELECTION TO DECLINE INTERVENTION**

Pursuant to the New York False Claims Act, N.Y. State Fin. Law § 190(2)(f), the State of New York ("State") respectfully notifies the Court of its election to decline to intervene in the above-captioned action.

Pursuant to the New York False Claims Act, the State reserves all rights to intervene at a later date upon a showing of good cause. *See, e.g.*, N.Y. State Fin. Law § 190(5)(a).

The State respectfully requests that if at some future time, the Relator or defendants propose that any claims be dismissed, settled, or otherwise discontinued, the Court solicit the

written consent of the State before ruling or granting its approval.  The Relator cannot bind the State.  See N.Y. State Fin. Law § 190(5)(a).

The State further requests that all pleadings filed in this action be served upon the State.  The State also respectfully requests that all orders issued by the Court be sent to the State by the Relator.  Finally, the State reserves the right to order any deposition transcripts in this case.

A Proposed Order accompanies this Notice.

Dated:    New York, New York
          November 8, 2013

>                   Respectfully submitted,
>
>                   ERIC T. SCHNEIDERMAN
>                   Attorney General of the
>                   State of New York
>
>        By:        _____
>                   Christopher Y. Miller
>                   Special Assistant Attorney General
>                   Medicaid Fraud Control Unit
>                   120 Broadway, 12th Floor
>                   New York, New York 10271
>                   Telephone:  (212) 417-5390
>                   Facsimile:  (212) 417-4604

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2013, a true and correct copy of the foregoing, NOTICE OF THE STATE OF NEW YORK'S ELECTION TO DECLINE INTERVENTION, was served upon:

Louis Pellegrino
Assistant United States Attorney
Southern District of New York
*Counsel for the United States*

Robert W. Sadowski
Raphael Katz
Sadowski Fischer PLLC
*Counsel for Relator*

                                                      Christopher Y. Miller
                                                      Special Assistant Attorney General

PREET BHARARA
United States Attorney
Southern District of New York
Attorney for the United States
By:     LOUIS PELLEGRINO
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2689
Fax (212) 637-2686
Email: louis.pellegrino@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and THE STATE OF NEW YORK *ex rel.* JOHN DOE,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SENTOSACARE, LLC, and SPLIT ROCK REHABILITATION AND HEALTH CARE CENTER, LLC.,<br>                    Defendants. | 11 Civ. 4269 (LGS)<br><br>**UNDER SEAL** |

**THE GOVERNMENT'S NOTICE OF DECISION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America, by its undersigned attorney, hereby respectfully notifies the Court of its decision not to intervene in the above-referenced *qui tam* action.

Although the United States declines to intervene in this action, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain his

action in the name of the United States, provided, however, that the complaint "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

Therefore, the United States requests that, should the relator or any defendant propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, the parties must solicit the written consent of the United States before applying for Court approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this matter be served upon the United States. The United States also requests that orders issued by the Court be sent to the Government's counsel by the relator. The United States reserves its right to order the transcript of any depositions taken with respect to the allegations in the relator's complaint. The United States also reserves its right to intervene with respect to the allegations in the relator's complaint, for good cause, at a later date.

A proposed order accompanies this notice.

Dated: New York, New York
       November 8, 2013

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York
                                    *Attorney for United States of America*

                                    By: _____
                                    LOUIS A. PELLEGRINO
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, NY 10007
                                    Telephone: 212-637-2689

2