UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.*
JOHN DOE and THE STATE OF NEW
YORK *ex rel.* JOHN DOE,

                Plaintiffs,

- against -

SENTOSACARE, LLC and SPLIT ROCK
REHABILITATION AND HEALTH CARE
CENTER, LLC,

                Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 11-cv-04269 (LGS)

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs United States of America and The State of New York *ex rel.* John Doe and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Sentosacare, LLC and Split Rock Rehabilitation and Health Care Center, LLC.

Dated:   April 2, 2014

                                                Respectfully submitted,

                                                SADOWSKI FISCHER PLLC

                                                */s/ Robert W. Sadowski*
                                                Robert W. Sadowski (RS-4473)
                                                39 Broadway, Suite 1540
                                                New York, NY 10006
                                                Telephone: (212) 913-9678
                                                Fax: (646) 502-5357