UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
JOHN DOE and THE STATE OF NEW
YORK *ex rel.* JOHN DOE,

        Plaintiffs,

 - against -

SENTOSACARE, LLC and SPLIT ROCK
REHABILITATION AND HEALTH CARE
CENTER, LLC,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 11-cv-04269 (LGS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

 Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs United States of America and The State of New York *ex rel.* John Doe and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Sentosacare, LLC and Split Rock Rehabilitation and Health Care Center, LLC.

Dated: April 2, 2014

                Respectfully submitted,

                SADOWSKI FISCHER PLLC

                _____
                Robert W. Sadowski (RS-4473)
                39 Broadway, Suite 1540
                New York, NY 10006
                Telephone: (212) 913-9678
                Fax: (646) 502-5357