

State of New York
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
Civil Enforcement Division
120 Broadway, 12th Floor, New York, NY 10271-0007
(212) 417-5250   Fax: (212) 417-4284

ERIC T. SCHNEIDERMAN
Attorney General

AMY HELD
Acting Director

PAUL J. MAHONEY
Assistant Deputy Attorney General

April 9, 2014

**By Email and U.S. Mail**

Raphael Katz, Esq.
Sadowski Fischer PLLC
39 Broadway, Suite 1540
New York, New York 10006

>   Re:   *U.S. ex rel. John Doe, et al. v. SentosaCare, LLC, et al.,*
>         **Case No. 11-CIV-4269 (LGS) (S.D.N.Y.)**

Dear Mr. Katz:

      This Office represents the State of New York in the above-referenced action, which was filed by Relator pursuant to the provisions of the federal False Claims Act, as amended, 31 U.S.C. §§ 3729 *et seq.*, and the New York State False Claims Act, State Finance Law §§ 187 *et seq.*  As you know, the State elected to decline to intervene in this case on November 13, 2013.

      This letter will confirm that the State of New York consents to the voluntary dismissal of the above-referenced action without prejudice.  Pursuant to the Court's Order of April 4, 2014, please submit this letter to the Court with Relator's notice of voluntary dismissal by May 5, 2014. *See* ECF No. 19.

Please let me know if you have any questions

                                                Sincerely,

                                                Christopher Y. Miller
                                                Special Assistant Attorney General
                                                Medicaid Fraud Control Unit
                                                120 Broadway, 12th Floor
                                                New York, NY 10271-0007
                                                Phone: (212) 417-5390
                                                Fax: (212) 417-4604
                                                Email: Christopher.Miller@ag.ny.gov

cc:    Louis Pellegrino
        Assistant United States Attorney
        Southern District of New York
        *Counsel for the United States*